# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| ROBERTO BAPTIST | ) | Case No. 19-CV-315 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for Zurich American Insurance Company ("ZAIC"), certifies that Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation. Zurich Holding Company of America, Inc. is 99.180% owned directly by Zurich Insurance Company Ltd, a Swiss corporation, with the remaining shares indirectly owned by Zurich Insurance Company Ltd. Zurich Insurance Company Ltd is directly owned by Zurich Insurance Group Ltd, a Swiss corporation. Zurich Insurance Group Ltd is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

Respectfully submitted,

ZURICH AMERICAN INSURANCE COMPANY

**ECKERT SEAMANS CHERIN
& MELLOTT, LLC**

By:    <u>/s/ Edward J. Longosz, II</u>
       Edward J. Longosz, II (VSB #39411)
       Kennedy C. Ramos (VSB #92141)
       ECKERT SEAMANS CHERIN
        & MELLOTT, LLC
       1717 Pennsylvania Avenue, NW
       Suite 1200
       Washington, D.C. 20006
       (202) 659-6619/6675
       (202) 659-6699 – Fax
       *Attorneys for Defendant ZAIC*
       elongosz@eckertseamans.com
       kramos@eckertseamans.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2019, I served a true and correct copy of the foregoing Corporate Disclosure Statement on the following via U.S. mail.

Horace F. Hunter, Esq.
Hunter & Everage
217 EAST CLAY STREET
RICHMOND VA 23219
hfh@hunter-everage.com
864.780.1235
Attorney for Plaintiff Roberto Baptist

          */s/ Edward J. Longosz, II*
          Edward J. Longosz, II (VSB #39411)
          Kennedy C. Ramos (VSB #92141)
          ECKERT SEAMANS CHERIN
           & MELLOTT, LLC
          1717 Pennsylvania Avenue, NW
          Suite 1200
          Washington, D.C. 20006
          (202) 659-6619/6675
          (202) 659-6699 – Fax
          *Attorneys for Defendant ZAIC*
          elongosz@eckertseamans.com
          kramos@eckertseamans.com